**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUAN FERNANDO SANCHEZ GOMEZ,**<br>**Petitioner,**<br>**v.**<br>**MARKWAYNE MULLIN et al.,**<br>**Respondents.** | **NO. 5:26-cv-03322-KS**<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and that this action is hereby **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Court's Memorandum Opinion and Order.

DATED: August 17, 2026

Karen L. Stevenson
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE